# PENNEY, MAIER & WALLACH

Attorneys and Counselors at Law

169 DELAWARE AVENUE

BUFFALO, NEW YORK 14202-2403

(716) 852-1835

MARK S. WALLACH     FAX (716) 852-1857     CHARLES P. PENNEY
1894 - 1967
THOMAS PENNEY
1896 - 1974
ROBERT E. MAIER
1921 - 2007

September 7, 2010

TO:    Creditors of Kimberly M. Kohler, Debtor
       Case No. 05-70129K
       United States Bankruptcy Court
       Western District of New York

Dear Sir or Madam:

I am the Trustee in the above-named Chapter 7 case.

Enclosed herewith please find your dividend check. This is the only dividend you should expect to receive in this case.

Very truly yours,

BY: Mark S. Wallach, Trustee

MSW:sn

Enclosure

Printed: 06/30/10 02:09 PM

Receipt # 11090528
$6.74 09/08/10

Page: 1

# Claims Proposed Distribution

## Case: 05-70129 KOHLER, KIMBERLY M.

Report Includes ONLY Claims with a Proposed Distribution

| Case Balance: | $4,151.57 | | Total Proposed Payment: | $4,151.57 | Remaining Balance: | $0.00 | |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | MARK S. WALLACH | Admin Ch. 7 | 8.68 | 8.68 | 0.00 | 8.68 | 8.68 | 4,142.89 |
| | <2200-00 Trustee Expenses> | | | | | | | |
| | MARK S. WALLACH | Admin Ch. 7 | 1,125.39 | 1,125.39 | 0.00 | 1,125.39 | 1,125.39 | 3,017.50 |
| | <2100-00 Trustee Compensation> | | | | | | | |
| | PENNEY, MAIER & WALLACH | Admin Ch. 7 | 21.09 | 21.09 | 0.00 | 21.09 | 21.09 | 2,996.41 |
| | <3120-00 Attorney for Trustee Expenses (Trustee Firm)> | | | | | | | |
| | PENNEY, MAIER & WALLACH | Admin Ch. 7 | 925.50 | 925.50 | 0.00 | 925.50 | 925.50 | 2,070.91 |
| | <3110-00 Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
| 1 | CHARMING SHOPPES-FASHION BUG | Unsecured | 60.22 | 60.22 | 0.00 | 60.22 | 2.92 | 2,067.99 |
| 2 | HSBC Bank USA, N.A. | Unsecured | 18,248.42 | 17,345.57 | 0.00 | 17,345.57 | 842.47 | 1,225.52 |
| 5 | American Express Bank FSB | Unsecured | 12,725.66 | 12,096.04 | 0.00 | 12,096.04 | 587.50 | 638.02 |
| 6 | HSBC Bank Nevada NA/HSBC Card Services III | Unsecured | 4,929.48 | 4,685.59 | 0.00 | 4,685.59 | 227.58 | 410.44 |
| 7 | BANK OF AMERICA | Unsecured | 8,455.88 | 8,037.51 | 0.00 | 8,037.51 | 390.38 | 20.06 |
| 9 | Five Star Bank | Unsecured | 334.42 | 334.42 | 0.00 | 334.42 | 16.24 | 3.82 |
| | Claim Memo: 4/2/09 LETTER TREATS AS UNSECURED | | | | | | | |
| 10 | GE Money Bank dba JCPenney Credit Services | Unsecured | 78.69 | 78.69 | 0.00 | 78.69 | 3.82 | 0.00 |
| | Total for Case 05-70129 : | | $46,913.43 | $44,718.70 | $0.00 | $44,718.70 | $4,151.57 | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $2,080.66 | $2,080.66 | $0.00 | $2,080.66 | 100.000000% |
| Total Unsecured Claims : | $44,832.77 | $42,638.04 | $0.00 | $2,070.91 | 4.856954% |



FILED SEP - 8 2010 BANKRUPTCY COURT BUFFALO, NY